IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

"IN ADMIRALTY"

| | |
|---|---|
| GLORY WEALTH SHIPPING PTE LTD., a foreign corporation<br><br>Plaintiff,<br><br>v.<br><br>PENINSULA ENTERPRISE S.P.A., a foreign corporation<br><br>Defendant. | Civil Action No. _____ |

## CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

I, Paul Parrish, attorney for Plaintiff Glory Wealth Shipping Pte Ltd. ("Glory"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Glory Wealth Shipping Pte Ltd. is a privately-owned company. Its parent corporation is Glory Wealth Group Pte Ltd., and no publicly held corporation owns 10% or more of its shares.

Dated: December 22, 2009

By: _____
Paul Parrish
Holland & Knight LLP
100 North Tampa Street Suite 4100
Tampa, FL 33602
USA
Attorneys for Plaintiff
*Glory Wealth Shipping Pte Ltd.*