IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

| | |
|---|---|
| GLORY WEALTH SHIPPING PTE LTD., a foreign corporation <br><br> Plaintiff, <br><br> v. <br><br> PENINSULA ENTERPRISE S.P.A., and PENINSULA SHIPPING & TRADING SRL, foreign corporations <br><br> Defendants, | Civil Action No. 09-cv-2585-T-30TBM |

**PLAINTIFF'S MOTION (A) TO PERMIT PAUL E. PARRISH TO WITHDRAW AS ATTORNEY OF RECORD, (B) TO REMOVE PAUL E. PARRISH AS AN ATTORNEY TO BE NOTICED IN THIS MATTER, (C) FOR AN ORDER DIRECTING THE CLERK TO DISCONTINUE NOTICING PAUL E. PARRISH, AND (D) TO DIRECT THE PARTIES TO REMOVE PAUL E. PARRISH FROM THEIR SERVICE LISTS**

Plaintiff, Glory Wealth Shipping Pte Ltd. ("Glory Wealth"), respectfully moves this Court for an Order allowing for the withdrawal of Paul E. Parrish as counsel of record in this matter and directing the Clerk of Court to discontinue or terminate noticing Paul E. Parrish of filings in this action through its CM/ECF system and to direct the parties to remove Paul E. Parrish from their service lists, and states:

1. Glory Wealth continues to be represented by Holland & Knight LLP. Specifically, Glory Wealth continues to be represented by James H. Power, Natalie P. Thomas and Warren E. Gluck of Holland & Knight LLP.

2. Pursuant to Local Rule 2.03(b), on May 17, 2010, the undersigned counsel gave

the required 10-days notice to Plaintiff and counsel for each represented party of Paul E. Parrish's intent to withdraw as attorney of record.

WHEREFORE, Glory Wealth Shipping PTE. Ltd. respectfully requests the Court to enter an order allowing Paul. E. Parrish to withdraw as counsel of record in this matter, directing the Clerk of Court to discontinue noticing Paul E. Parrish of future filings in this action, and directing the parties to remove Paul E. Parrish from their service lists.

Respectfully submitted,

/s/ Natalie Thomas
Natalie P. Thomas
Florida Bar No. 147680
HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, FL 33602-3644
(813)227-8500
(813) 229-0134 (fax)
natalie.thomas@hklaw.com

Attorneys for Plaintiff, Glory Wealth

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2010, I electronically filed the foregoing motion with the Clerk of the Court by using the CM/ECF system.

/s/ Natalie Thomas
Attorney