IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

GLORY WEALTH SHIPPING PTE LTD.          CASE NO.: 8:09-cv-02585-T-30TBM

               Plaintiff,

v.

PENINSULA ENTERPRISE, S.p.A.,
PENINSULA SHIPPING & TRADING, S.r.l.,

               Defendants.         /

## ORDER

THIS MATTER is before the court on the Unopposed Motion for Payment of Custodia Legis Expenses. Plaintiff Compass Rose Shipping, Ltd., (hereinafter "Compass Rose") and all other parties to these consolidated actions are claimants to a limited fund held in the Court's registry from sale of the M/V Mariano Lauro (Doc. 85) against which they have Rule C maritime lien claims or Rule B *in personam* claims against the owner of the vessel.

Plaintiff, Glory Wealth Shipping PTE LTD., filed this action on December 22, 2009 for attachment of the M/V Mariano Lauro pursuant to Supplemental Rule B, but did not immediately attach the vessel. (Doc. 1). Plaintiff Compass Rose filed a separate action pursuant to Supplemental Rules B and C (Doc. 1, Case No.: 8:10-cv-00369-T-30TBM) and proceeded with arrest and attachment of the M/V Mariano Lauro on February 4, 2010. (Doc. 18, Case No.: 8:10-cv-00369-T-30TBM). Thereafter, members of the crew of the vessel intervened and several other parties intervened with additional claims pursuant to Supplemental Rules B and C, resulting in supplemental arrests and attachments of the vessel.

Subsequently, Glory Wealth Shipping PTE, LTD., attached the M/V Mariano Lauro and then moved to consolidate these cases. On April 6, 2010 this case was transferred and consolidated with Case No.: 8:10-cv-00369-T-30TBM. Thereafter, additional parties intervened with claims pursuant to Supplemental Rules B and C, resulting in additional supplemental arrests and attachments of the M/V Mariano Lauro.

The M/V Mariano Lauro was sold on June 23, 2010 pursuant to an Order Directing Interlocutory Sale of Vessel, Appointing Broker and Setting Bar Date for Claims. (Doc. 54). On June 24, 2010 the U.S. Marshal filed a Report of Sale, reporting that the M/V Mariano Lauro had been sold for the amount of $4,800,000.00. (Doc. 76). No objections to the sale were filed resulting in Confirmation of Sale of the M/V Mariano Lauro. (Doc. 79). On August 17, 2010 the U.S. Marshal transferred $4,750,000.00 to the registry of the court, after deduction of the Marshal's commission. (Doc. 85). Compass Rose Shipping, Ltd. was the only party that contributed to payment for the care and custody of the M/V Mariano Lauro, for repatriation of her crew or to expenses for shifting and discharge of her cargo. All other parties have consented to the payment of expenses of custody requested by Compass Rose Shipping, Ltd. **$512,308.24.**

Upon consideration, the **Unopposed Motion for Interim Payment of Custodia Legis Expense** (Doc. 91) is **GRANTED**.

The Clerk is hereby **DIRECTED** to disburse from the sale proceeds of the M/V Mariano Lauro, in the Registry of the Court, **$512,308.24** payable to Compass Rose Shipping, Ltd. and to deliver the payment to counsel for Compass Rose Shipping, Ltd.:

Timothy P. Shusta
Phelps Dunbar, LLP
100 South Ashley Dr., Ste. 1900
Tampa, FL 33602-5315

**Done and Ordered** in Tampa, Florida, this 7 day of September, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record