IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

GLORY WEALTH SHIPPING PTE LTD.      CASE NO.: 8:09-cv-02585-T-30TBM

          Plaintiff,
v.

PENINSULA ENTERPRISE, S.p.A.,
PENINSULA SHIPPING & TRADING, S.r.l.,

          Defendants.        /

## ORDER

THIS MATTER is before the court on the Unopposed Motion for Payment of Settled Rule C Claims and Dismissal of Settled Claims. (D.E. 96). Plaintiff Compass Rose Shipping, Ltd., (hereinafter "Compass Rose") and all other parties to these consolidated actions are claimants to a limited fund held in the Court's registry from sale of the M/V Mariano Lauro (Doc. 85) against which they have Rule C maritime lien claims or Rule B *in personam* claims against the owner of the vessel.

The M/V Mariano Lauro was sold on June 23, 2010 pursuant to an Order Directing Interlocutory Sale of Vessel, Appointing Broker and Setting Bar Date for Claims. (Doc. 54). On June 24, 2010 the U.S. Marshal filed a Report of Sale, reporting that the M/V Mariano Lauro had been sold for the amount of $4,800,000.00. (Doc. 76). No objections to the sale were filed resulting in Confirmation of Sale of the M/V Mariano Lauro. (Doc. 79). On August 17, 2010 the U.S. Marshal transferred $4,750,000.00 to the registry of the court, after deduction of the Marshal's commission. (Doc. 85). Subsequently the commission of the broker appointed to market the vessel was approved for payment out of proceeds of the sale

CASE NO.: 8:09-cv-02585-T-30TBM

of the M/V Mariano Lauro in the registry of the court, (D.E. 81), and payment of custodia legis expenses was approved for payment from proceeds of sale of the M/V Mariano Lauro in the registry of the court. (D.E. 92). The court finds that there are sufficient funds in the registry of the court, generated by the sale of the M/V Mariano Lauro for payment of the settled claims.

Upon consideration, the **Unopposed Motion for Payment of Settled Rule C Claims and for Dismissal of Settled Claims** (Doc. 96) is **GRANTED**.

The Clerk of Court is DIRECTED to distribute a total of $503,594.10 from the proceeds from the sale of the *M/V "MARIANO LAURO"* in the Court Registry forthwith in conformance with this Order as follows:

   A.   $119,000.00 payable to Compass Rose Shipping, Ltd. and delivered to counsel for Compass Rose, Timothy P. Shusta, Phelps Dunbar, LLP, 100 S. Ashley Drive, Suite 1900, Tampa, FL 33602-5315;

   B.   $139,694.46 for crew wage claims payable to the trust account of Toyne & Mayo, P.A., and delivered to Toyne & Mayo, P.A., 150 SE 2nd Avenue, Suite 1025, Miami, FL 33131;

   C.   $3,000.00 for Franco Shipping, Ltd., payable to the trust account of Toyne & Mayo, P.A., and delivered to Toyne & Mayo, P.A., 150 SE 2nd Avenue, Suite 1025, Miami, FL 33131;

   D.   $197,500.00 for Crewtech Shipmanagement Phils., Inc., payable to the trust account of Toyne & Mayo, P.A., and delivered to Toyne & Mayo, P.A., 150 SE 2nd Avenue, Suite 1025, Miami, FL 33131;

   E.   $21,399.64 for Florida Ship Supply, payable to the trust account of Bajo, Cuva, Cohen & Turkel, P.A., and delivered to Bajo, Cuva, Cohen & Turkel, P.A., 100 N. Tampa Street, Suite 1900, Tampa, FL 33602;

   F.   $23,000.00 for Galehead, Inc., payable to the trust account of Bajo, Cuva, Cohen & Turkel, P.A., and delivered to Galehead, Inc., 100 N. Tampa Street, Suite 1900, Tampa, FL 33602.

CASE NO.: 8:09-cv-02585-T-30TBM

Upon disbursement of payments to or on behalf of the wage claimants and other claimants named in this order, the settled maritime lien claims shall be dismissed, with prejudice, with each dismissed party to bear its own attorney's fees and costs.

This Order is WITHOUT PREJUDICE to any claim Rule C claim or Rule B claim which was not settled at mediation on September 14, 2010 and all claims not settled shall remain pending.

**Done and Ordered** in Tampa, Florida, this 21 day of September, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record