IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

GLORY WEALTH SHIPPING PTE LTD.　　　CASE NO.: 8:09-cv-02585-T-30TBM

　　　　　　Plaintiff,

v.

PENINSULA ENTERPRISE, S.p.A.,
PENINSULA SHIPPING & TRADING, S.r.l.,

　　　　　　Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Unopposed Motion for Payment of Settled Rule C Claims and Dismissal of Settled Claims of (DKT 100 and 107) intervening plaintiffs, C.B.M. Compass Brokerage and Management, Marichem Marigases Worldwide Services, Ltd, and Andros Marine Logistics, the Court being fully advised in the premise and finding that there are sufficient funds in the registry of the Court generated by the sale of the M/V MARIANO LAURO for payment of the settled claims.

Upon consideration, the **Unopposed Motion for Payment of Settled Rule C Claims and for Dismissal of Settled Claims is GRANTED**:

The Clerk of Court is DIRECTED to distribute a total of $56,250.00 from the proceeds from the sale of the *M/V MARIANO LAURO* in the Court Registry forthwith in conformance with this Order as follows:

　　A.　**C.B.M. Compass Brokerage and Management** - Claim for necessaries settled in the amount of $45,000.00, payable to the Trust Account of Bajo Cuva Cohen & Turkel, PA, 100 North Tampa Street, Suite 1900, Tampa, Florida 33602.

　　B.　**Marichem and Marigases Worldwide Services, Ltd.** – Claim for necessaries settled in the amount of $4,250.00, payable to the Trust Account of Bajo Cuva Cohen &

{BC00002640:1}

Turkel, PA, 100 North Tampa Street, Suite 1900, Tampa, Florida 33602.

C.  **Andros Marine Logistics** – Claim for necessaries settled in the amount of $7,000.00, payable to the Trust Account of Cassidy and Black, PA, 7700 North Kendall Drive, Suite 505, Miami, Florida 33156.

Upon disbursement of payments to or on behalf of the wage claimants and other claimants named in this order, the settled maritime lien claims shall be dismissed, with prejudice, with each dismissed party to bear its own attorney's fees and costs.

This Order is WITHOUT PREJUDICE to the mortgagee's claim and the Rule B claims which have not settled and all those claims not settled shall remain pending.

**Done and Ordered** in Tampa, Florida, this 25 day of October, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record