UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

GLORY WEALTH SHIPPING PTE LTD., etc.,

    Plaintiff(s),

v.                                                                                       CASE NO.:  8:09-cv-2585-T-30TBM

PENINSULA ENTERPRISE, S.P.A., etc.,

Defendants.                                               /

BANCA ANTONVENETA, S.P.A.
AND ITS SUCCESSORS AND
ASSIGNS

    Intervening Plaintiff,

vs.

M/V MARIANO LAURO, her engines,
Boilers, tackle, etc., *in rem*, PENINSULA
ENTERPRISE, S.P.A., and PENINSULA
SHIPPING & TRADING Srl,
foreign corporations,

    Defendants.
_____/

**NOTICE REGARDING DISBURSEMENT OF FUNDS AND DISMISSAL OF ACTION**

PLEASE TAKE NOTICE that, in accordance with this Court's Order dated June 28, 2011 (Dkt. 153), intervening Plaintiff BANCA ANTONVENETA, S.P.A. AND ITS SUCCESSORS AND ASSIGNS hereby submits the attached proposed Order for Disbursement of Funds from Registry of Court and Dismissal of Action.

Date: July 5, 2011

By:    /s/ George M. Chalos
George M. Chalos, Esq. *(admitted pro hac vice)*
CHALOS & CO, P.C.
123 South Street
Oyster Bay, NY 11771
Telephone: 516-714-4300
Facsimile: 516-750-9051
E-mail: gmc@chaloslaw.com

*Attorneys for Plaintiff-in-Intervention*
*BANCA ANTONVENETA, S.P.A.*
*AND ITS SUCCESSORS AND ASSIGNS*

Of counsel:

MOSELEY, PRICHARD, PARRISH, KNIGHT & JONES
James Moseley, Jr. (FBN 699926)
Email: jmoseleyjr@mppkj.com
Eric L. Hearn (FBN 0094269)
Email: elhearn@mppkj.com
501 West Bay Street
Jacksonville, FL 32202
Tel: (904) 356-1306
Fax: (904) 354-0194

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

GLORY WEALTH SHIPPING PTE LTD., etc.,

    Plaintiff(s),

v.                                                  CASE NO.:  8:09-cv-2585-T-30TBM

PENINSULA ENTERPRISE, S.P.A., etc.,

Defendants.                             /
BANCA ANTONVENETA, S.P.A.
AND ITS SUCCESSORS AND
ASSIGNS

    Intervening Plaintiff,

vs.

M/V MARIANO LAURO, her engines,
Boilers, tackle, etc., *in rem*, PENINSULA
ENTERPRISE, S.P.A., and PENINSULA
SHIPPING & TRADING Srl,
foreign corporations,

    Defendants.
_____/

**[PROPOSED] ORDER FOR DISBURSEMENT OF FUNDS FROM REGISTRY OF COURT AND DISMISSAL OF ACTION**

    WHEREAS pursuant to this Court's Order Directing Interlocutory Sale of Vessel, Appointing Broker, and Setting Bar Date for Claims (Dkt. 54), the *M/V "MARIANO LAURO"* was sold at auction for the purchase price of USD 4,800,000.00; and

    WHEREAS the sale was confirmed by the Court on June 29, 2010 (Dkt. 78) and the proceeds from the sale were deposited into the Registry of the Court; and

    WHEREAS the amount of the vessel sale proceeds remaining in the Registry of the Court is USD 3,577,844.04, plus any accrued interest; and

WHEREAS, by Order entered on June 28, 2011, the Court granted the Motion for Summary Judgment of intervening Plaintiff, BANCA ANTONVENETA, S.P.A. AND ITS SUCCESSORS AND ASSIGNS (hereinafter "Banca Antonveneta") (Dkt. 153), ruling that Banca Antonveneta's mortgage lien has priority over all remaining claims in this matter;

IT IS HEREBY ORDERED THAT:

1) The Clerk of the Court is DIRECTED to enter Judgment in the amount of USD 10,380,755.73 in favor of intervening Plaintiff BANCA ANTONVENETA, S.P.A. AND ITS SUCCESSORS AND ASSIGNS and against Defendants PENINSULA ENTERPRISE S.P.A. and PENINSULA SHIPPING & TRADING SRL; and

2) The Clerk of the Court is DIRECTED to disburse the balance of the proceeds from the sale of the M/V "MARIANO LAURO", including any accrued interest, from the Registry of the Court payable to the Trust Account of Chalos & Co, P.C., 123 South Street, Suite 105, Oyster Bay, New York 11771, in partial satisfaction of Banca Antonveneta's preferred mortgage lien; and

3) Upon disbursement of the balance of the proceeds from the sale of the M/V "MARIANO LAURO" as outlined above, all remaining claims in this matter shall be dismissed, with each party to bear its own attorney's fees and costs;

4) The Clerk of the Court is DIRECTED to close this case.

**Done and Ordered** in Tampa, Florida, this _____ day of July, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record