UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

GLORY WEALTH SHIPPING PTE LTD.

  Plaintiff,               CASE NO.: 8-09-cv-2585-T-30TBM

v.

PENINSULA ENTERPRISE, S.p.A., *et al.*

  Defendants.
_____/

**ORDER DIRECTING THE CLERK OF COURT TO**
**DISBURSE FUNDS HELD IN COURT'S REGISTRY**

THIS MATTER is before the Court upon the Stipulated Motion for an Order Directing the Clerk to Disburse Funds Held in Court's Registry. (Dkt. 171).

The M/V MARIANO LAURO was sold on June 23, 2010 pursuant to an Order Directing Interlocutory Sale of Vessel. (Dkt. 54). The only parties remaining in this case are Exuma Navigation Company ("Exuma"), Glory Wealth Shipping PTE, Ltd, ("Glory Wealth") and Banca Antonveneta, S.p.A. ("Banca"). Those parties have resolved their claims and therefore it is

ORDERED AND ADJUDGED:

1. The Stipulated Motion for an Order Directing the Clerk to Disburse Funds Held in Court's Registry (Dkt. 171) is GRANTED.

2. Within two (2) days of the date of this Order, the Clerk of Court is DIRECTED to distribute from the proceeds of the sale of the M/V MARIANO LAURO in the Court Registry in conformance with this Order as follows:

Case 8:09-cv-02585-JSM-TBM   Document 173   Filed 12/29/11   Page 2 of 2 PageID 1839

    A.   Glory Wealth Shipping Pte Ltd., $445,000.00, to be payable to Holland & Knight, LLP;

    B.   Exuma Navigation Company of Florida, Inc., $55,000.00 to be payable to Bajo Cuva Cohen & Turkel, P.A.; and

    C.   Banca Antonveneta S.p.A., the balance of the proceeds to be payable to Chalos & Co, P.C.

3.   Upon disbursement of payments, all claims shall be dismissed, with prejudice, with each party to bear its own attorney's fees and costs.

**DONE and ORDERED** in Tampa, Florida on December 29, 2011.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2009\09-cv-2585 disbursement 17.doc